**Motion for Rehearing Granted, Memorandum Opinion filed July 11, 2013, Withdrawn, Appeal Reinstated,                    and Order filed October 1, 2013**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00556-CR**
**NO. 14-13-00557-CR**
**NO.  14-13-00558-CR**

_____

**IN RE TODD WARREN ALTSCHUL, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF Mandamus**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 23,557**

---

### ORDER

On June 26, 2013, relator filed a petition for writ of mandamus in this Court asking this Court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County to rule on his motion for a judgment nunc pro tunc for appeal time credit.  On July 11, 2013, this court issued an opinion denying relator's petition for writ of mandamus.  Appellant filed a motion for rehearing.  A response was requested but none has been filed.  The motion is **GRANTED**.

This court's opinion filed July 11, 2013, is **WITHDRAWN.** The original proceeding is ordered **REINSTATED.**

Respondent is requested to file a response to relator's petition for writ of mandamus **on or before October 16, 2013**.

PER CURIAM